IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRANCE WHITFIELD,
    Petitioner,

vs.                        Case No.: 4:15cv221/WS/EMT

SECRETARY DEPARTMENT OF
CORRECTIONS,
    Respondent.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (doc. 1).  On May 20, 2015, this court entered an order giving Petitioner thirty (30) days to pay the $5.00 filing fee (doc. 6).  Petitioner failed to respond to the order; therefore, on June 30, 2015, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 7).  The time for compliance with the show cause order has now elapsed and Petitioner has not paid the filing fee or asserted his inability to do so.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

    At Pensacola, Florida, this 3rd day of August 2015.

                        /s/ *Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.